UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GREGORY A. HERNDON,

Plaintiff,

v. Case No. 3:26cv3529-MW-HTC

S. DOVE, et al.,

Defendants.
_________________________/

REPORT AND RECOMMENDATION

Plaintiff Gregory A. Herndon, proceeding *pro se*, filed a civil rights action under 42 U.S.C. § 1983, alleging that officers at Santa Rosa Correctional Institution violated his constitutional rights by keeping him in close management and denying him proper review of his close management status. Doc. 1. On May 29, 2026, the Court found that Herndon's complaint failed to state a claim and ordered him to file either an amended complaint on the Court's required form or a notice of voluntary dismissal. Doc. 6. The Court advised Herndon that his failure to comply could result in a recommendation that this case be dismissed. *Id.* On June 30, the Court gave Herndon fourteen days to show cause why this case should not be dismissed due to his failure to comply with the May 29 Order. Doc. 7. The Court again advised Herndon that his failure to comply would result in a recommendation that this case

be dismissed without further notice. *Id.* To date, Herndon has not filed anything further in this case.

Based on the foregoing, dismissal of this case is appropriate. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) ("[D]ismissal upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion.") (citations omitted); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under [Federal Rule of Civil Procedure 41(b)] for failure to prosecute or failure to obey a court order.") (citations omitted).

Accordingly, it is RECOMMENDED that:

1. This case be DISMISSED WITHOUT PREJUDICE for Herndon's failure to prosecute and failure to comply with Court orders.

2. The clerk close the file.

At Pensacola, Florida this 20th day of July, 2026.

/s/ Hope Thai Cannon

**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within **fourteen (14) days** of the date of the Report and Recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of its objections upon all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1.